# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| | **)** | |
| **United States of America** | **)** | **Docket No. 3:21-mj-2** |
| | **)** | |
| **v.** | **)** | |
| | **)** | *UNDERSEAL* |
| **Jose Francisco Vasquez Rico** | **)** | |
| **and** | **)** | |
| **Andrew Estiben Reyna Rodriguez** | **)** | |
| | **)** | |

## ORDER SEALING CRIMINAL COMPLAINT AND RELATED DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, attached Affidavit, this Motion, any order issued pursuant to this Motion, and any other related documents be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, attached Affidavit, the Motion to Seal, this Order, and any other related documents, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Taylor.Stout@usdoj.gov).

SO ORDERED this 6th day of January 2021.

Signed: January 6, 2021

David C. Keesler
United States Magistrate Judge